## United States District Court for the Northern District of Illinois

Case Number: 07cv6281         Assigned/Issued By: j. n.

Judge Name:                          Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __2/22/08__ as to __u. s. attny office__
                                    (Date)

_____

_____