IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALI M. MOHAMED ) | |
| A044 885 994 ) | Case No.   07 C 6281 |
|   Plaintiffs, ) | |
| ) | Judge  Lefkow |
| v. ) | |
| ) | Magistrate   Schenkier |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY; SECRETARY MICHAEL ) | |
| CHERTOFF; UNITED STATES ) | |
| CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES; RUTH DORCHOFF, ) | |
| DISTRICT DIRECTOR; ) | |
| PETER KEISLER, US ATTORNEY ) | |
| GENERAL AND THE UNITED STATES ) | |
| OF AMERICA; FEDERAL BUREAU OF ) | |
| INVESTIGATION, ROBERT MUELLER, ) | |
| DIRECTOR. ) | |
| ) | |
|   Defendants. ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT

NOW COMES the Plaintiff, Ali Mohamed,  by his attorney, Omar A. Abuzir of Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC, LLC and moves that the Plaintiff's complaint be dismissed, and says as follows:

1. On November 8, 2007, Plaintiff filed his Petition for Hearing on Naturalization complaining of Defendant's failure to adjudicate Plaintiff's Application for Naturalization (Form N-400).

2. That on June 13, 2008, Plaintiff's application has been approved and Plaintiff has been sworn in as a naturalized citizen.

3. As a result, the underlying basis for the Complaint is now rendered moot.

WHEREFORE, Plaintiff request that this matter be dismissed without prejudice, and all scheduled status hearing and response pleading dates be stricken.

Respectfully submitted,
Ali Mohamed


By: /s/ Omar A. Abuzir


Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC
10003 S. Roberts Road
Palos Hills, Illinois 60465
(708)233-1122