IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALI M. MOHAMED<br>A044 885 994 | )<br>)<br>) | Case No.  07 C 6281 |
| Plaintiffs, | )<br>) | Judge   Lefkow |
| v. | )<br>) | Magistrate   Schenkier |
| U.S. DEPARTMENT OF HOMELAND<br>SECURITY; SECRETARY MICHAEL<br>CHERTOFF, et. al. | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Pierre C. Talbert
    Assistant U.S. Attorney
    Northern District of Illinois
    219 S. Dearborn St, 5th Fl.
    Chicago IL 60604

    PLEASE TAKE NOTICE that on July 17, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lefkow in courtroom #1925 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and then and there present the attached Plaintiff's Motion to Voluntarily Dismiss, at which time and place you may appear, if you see fit.

                                Respectfully submitted,


                                ___/s/ Omar A. Abuzir_____

**CERTIFICATE OF SERVICE**

    I, Omar A. Abuzir, being first dully sworn upon oath and state that on July 17, 2008, I caused true and correct copies of Plaintiff's Notice of Motion to be delivered via first class mail, to above referenced.

                                ___/s/ Omar A. Abuzir_____

Horn, Khalaf, Abuzir, Mitchell & Schmidt
10003 S. Roberts Road
Palos Hills, Illinois 60465
(708)233-1122