# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6281 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Ali M. Mohamed vs. U.S. Department of Homeland Security | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to voluntarily dismiss complaint [13], [14] is granted. This case is hereby dismissed. Status hearing set for 7/17/2008 is stricken. No appearance is necessary on 7/17/2008. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|